

NUMBER 13-12-00291-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DONNA VORSE, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF
DENNIS VORSE, DECEASED,                                    Appellant,

v.

CLEVELAND REGIONAL MEDICAL CENTER, L.P.
D/B/A CLEVELAND REGIONAL MEDICAL CENTER,          Appellee.

On appeal from the 75th District Court
of Liberty County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant filed an appeal from a judgment entered by the 75th District Court of Liberty County, Texas, in cause number CV-73826. Appellant has filed an unopposed motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
24th day of May, 2012.